STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Cristian Curtev

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN CURTEV,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:21-cv-2397 DB<br><br>**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

　　This stipulation is intended to replace and deny the Motion for Attorney Fees Plaintiff filed on December 5, 2022 as moot (Dkt. 19).

　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Cristian Curtev be awarded attorney fees in the amount of Four Thousand Four Hundred and Five Dollars ($4,405.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees (see Exhibit A) to Olinsky Law Group.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Olinsky Law Group, 250 South Clinton Street, Suite 210, Syracuse, NY 13202.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Stuart T. Barasch including the Olinsky Law Group may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Stuart T. Barasch and/or the Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Date:  December 13, 2022       Stuart T. Barasch, Esq. by
                               Howard D. Olinsky, Esq
                               Attorney for Plaintiff
                               Of Counsel, Olinsky Law Group

|  |  |
|---|---|
| By: | /s/ *Stuart T. Barasch* |
|  | Stuart T. Barasch |
|  | Of Counsel, Olinsky Law Group |
|  | Attorneys for Plaintiff |
|  |  |
|  | PHILIP A. TALBERT, Esq. |
|  | United States Attorney |
|  | MATHEW W. PILE |
|  | Associate General Counsel |
|  |  |
| By: | /s/ *Mary Tsai*[i] |
|  | MARY TSAI |
|  | Special Assistant United States Attorney |
|  | Attorneys for Defendant |

**ORDER**

IT IS HEREBY ORDER that:

1. The parties' December 20, 2022 stipulation (ECF No. 21) is granted; and

2. Plaintiff's December 5, 2022 motion for attorney's fees (ECF No. 19) is denied as having been rendered moot.

DATED: December 23, 2022     /s/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE

---

[i] Signed by Plaintiff's Counsel with permission via email December 13, 2022